**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6133**

_____

NOAH R. ROBINSON,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston. Charles E. Simons, Jr., Senior District Judge. (CA-95-3666-2-6-AJ)

_____

Submitted: August 28, 1997      Decided: September 16, 1997

_____

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Noah R. Robinson, Appellant Pro Se. Miller Williams Shealy, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order transferring his 28 U.S.C. § 2241 (1994) action to the United States District Court for the Northern District of Illinois. We dismiss the appeal for lack of jurisdiction because the order is not appealable. See Ellicott Mach. Corp. v. Modern Welding Co., 502 F.2d 178, 180 (4th Cir. 1974) (transfer order pursuant to 28 U.S.C. § 1404(a) (1994) is not immediately appealable). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

Accordingly, we deny Appellant's "Motion to Dismiss Detainer And Indictment with Prejudice" and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2